CM/ECF Hrg13bk
(Rev. 09/15/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Velma L. Wiseman
Debtor(s)

Case No.: 04−18223−JDW
Chapter: 7
Judge: Jason D. Woodard

---

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 12/15/15 at 10:30 AM

Responses Due: 11/20/15

to consider and act upon the following:

*143* − Motion To Disburse Unclaimed Funds Filed by Brian J. Dilks on behalf of Oak Point Partners, Inc. . Entered on Docket by: (VSD)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 10/26/15

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: VSD
Deputy Clerk