CM/ECF hrgcnt4bk
(Rev. 09/16/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662–369–2596

---

In Re: Velma L. Wiseman
Debtor(s)

Case No.: 04–18223–JDW
Chapter No.: 7
Judge: Jason D. Woodard

---

PLEASE TAKE NOTICE that a *rescheduled* hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 12/8/15 at 10:30 AM

to consider and act upon the following:

*143* – Motion To Disburse Unclaimed Funds Filed by Brian J. Dilks on behalf of Oak Point Partners, Inc. . Entered on Docket by: (VSD)

Hearing rescheduled due to scheduling conflicts.

Dated: 11/9/15

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: CHH
Deputy Clerk